# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Carl S. Sidenstricker Jr.**  
                 **Debtor(s)**

**BK NO. 19-05165 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FLAGSTAR BANK and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Rebecca Solarz*  
                                        Rebecca Solarz  
                                        21 Dec 2020, 15:06:37, EST

                                        KML Law Group, P.C.  
                                        BNY Mellon Independence Center  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA  19106  
                                        215-627-1322