## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carl S. Sidenstricker Jr.<br>      Debtor(s)<br><br>FLAGSTAR BANK, its successors and/or assigns<br>      Movant<br>  vs.<br><br>Carl S. Sidenstricker Jr.<br>      Debtor(s)<br><br>Jack N. Zaharopoulos<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-05165 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Debtor's Motion to Sell Real Estate of FLAGSTAR BANK, which was filed with the Court on or about **August 9, 2021 (Doc. 45)**.

              Respectfully submitted,


              /s/ Rebecca A. Solarz, Esq.
              _____
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              Phone: (215)-627-1322

Dated: August 19, 2021