IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CARL E. SIDENSTRICKER, JR.    : CHAPTER 13
        Debtor    :
        :
        JACK N. ZAHAROPLOS, TRUSTEE    :
        Objectant    :
        :
        vs.    : CASE NO. 1:19-bk 005165-HWV
        :
        BRENT C. DIEFENDERFER, ESQUIRE    : TRUSTEE'S OBJ TO APPLICATION
        Applicant    : FOR ATTORNEY FEES

## <u>ORDER</u>

AND NOW, upon consideration of the Trustee's Objection to Application of

Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other

matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the

Third Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of

Expenses are hereby ADJUSTED AS FOLLOWS: